PAUL D. CLEMENT*
ERIN E. MURPHY*
MATTHEW D. ROWEN (Cal. Bar # 292292)
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
matthew.rowen@clementmurphy.com

*application for admission *pro hac vice* forthcoming

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| National Shooting Sports Foundation, <br><br> *Plaintiff*, <br><br> v. <br><br> Rob Bonta, Attorney General of California, <br><br> *Defendant*. | No. 3:23-00945-AGS-KSC <br><br> **NOTICE OF RELATED CASES** <br> **[CivLR 40.1.f]** |

TO THE COURT, CLERK OF COURT, AND TO ALL PARTIES IN THE RELATED CASES REFERENCED BELOW:

PLEASE TAKE NOTICE that, pursuant to S.D. Civ.LR40.1.f, Plaintiff National Shooting Sports Foundation ("NSSF") hereby serves this Notice of Related Cases to show that this action is related to other actions within this District,

NOTICE OF RELATED CASES - 1

CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900

namely *Miller, et al. v. Bonta, et al.* ("*Miller*"), Case No. 3:22-cv-01446-BEN-MDD, filed September 26, 2022, judgment entered March 21, 2023, and *South Bay Rod & Gun Club, Inc., et al. v. Bonta, et al.* ("*South Bay Rod & Gun Club*"), Case No. 3:22-cv-01461-BEN-JLB, filed September 28, 2022, judgment entered March 21, 2023.

The present action is related to both of the above actions for a number of reasons. First, this case shares a defendant—namely, Attorney General Bonta—with both the above-noted cases, and it involves similar claims concerning California Code of Civil Procedure §1021.11 ("Section 1021.11"). As the plaintiffs in *Miller* and *South Bay Rod & Gun Club* contended, Section 1021.11 tilts the playing field in the government's favor, and does so only in litigation challenging state and local firearm regulations. *See* 2022 Cal. Stat. ch. 146, §2 (adding Code Civ. Proc. §1021.11(a)); *see also Miller*, Dkt.1; *South Bay Rod & Gun Club*, Dkt.1. In short, Section 1021.11 makes plaintiffs in such actions—as well as their attorneys and their attorneys' firms—liable for the government's attorney's fees and costs if the case results in anything less than total victory for the plaintiffs on every single claim. In *Miller*, the Court determined that Section 1021.11 unlawfully burdens First and Second Amendment rights and conflicts with Congress' policy as enacted in 42 U.S.C. §1988, and permanently enjoined

NOTICE OF RELATED CASES - 2

CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900

Attorney General Bonta (among others) from enforcing Section 1021.11. *See* 2022 WL 17811114, at *8 (S.D. Cal. Dec. 19, 2022). Identical judgments were entered in *Miller* and *South Bay Rod & Gun Club*. *See Miller*, Dkt.49; *South Bay Rod & Gun Club*, Dkt.39. With the order that enjoined enforcement of Section 1021.11, the Court retained jurisdiction to consider motions for costs and attorney's fees from the plaintiffs. *Miller*, Dkt.49 at 2; *South Bay Rod & Gun Club*, Dkt.39 at 2.

NSSF presents similar challenges to Section 1021.11 and also seeks injunctive relief related to Section 1021.11 against Attorney General Bonta. And, just as the *Miller* and *South Bay* plaintiffs sought to avoid litigating their substantive Second Amendment challenges with the threat of Section 1021.11 looming over them, *see, e.g.*, *Miller*, Dkt.1, ¶3; *South Bay Rod & Gun Club*, Dkt.1, ¶26, NSSF likewise wishes to litigate its challenge to similar restrictions in California Assembly Bill 1594 (2022) without facing the same threat. Given the overlap in terms of parties and claims and legal questions, as well as the nature of the ultimate relief sought, this action is clearly related to *Miller* and *South Bay Rod & Gun Club*. *See* CivLR 40.1.g (defining a related action in terms of involving "some of the same parties and [being] based on the same or similar claims," or "involv[ing] substantially the same facts and the same questions of law").

NOTICE OF RELATED CASES - 3

CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900

Accordingly, the assignment of this action to the same district court judge who has been overseeing the earlier proceedings and entered the injunction against Section 1021.11 as to Attorney General Bonta will effect a saving of judicial effort and other economies. Pursuant to CivLR 40.1.h, the Clerk of the Court is therefore requested to report the related cases to "the judges concerned at the earliest date practicable."

Respectfully submitted,

s/Matthew D. Rowen
PAUL D. CLEMENT*
ERIN E. MURPHY*
MATTHEW D. ROWEN (Cal. Bar #292292)
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
matthew.rowen@clementmurphy.com

* application for admission *pro hac vice forthcoming*

May 25, 2023                    Attorneys for Plaintiff

NOTICE OF RELATED CASES - 4            CLEMENT & MURPHY, PLLC
                                       706 Duke Street
                                       Alexandria, VA 22314
                                       (202) 742-8900