PAUL D. CLEMENT*
ERIN E. MURPHY*
MATTHEW D. ROWEN (Cal. Bar # 292292)
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
matthew.rowen@clementmurphy.com

*admitted *pro hac vice*

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| National Shooting Sports Foundation,<br><br>*Plaintiff*,<br><br>v.<br><br>Rob Bonta, Attorney General of California,<br><br>*Defendant*. | No. 3:23-00945-AGS-KSC<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: August 11, 2023<br>Time: 3:30 p.m.<br>Courtroom 5C<br>Hon. Andrew G. Schopler |

To all parties and their attorneys of record:

Please take notice that on August 11, 2023, at 3:30 p.m. or as soon thereafter as the matter may be heard, before the Honorable Andrew G. Schopler, Courtroom 5C, United States District Court, Southern District of California, Edward J. Schwartz United States Courthouse, 221 West Broadway San Diego, California, Plaintiff National Shooting Sports Foundation ("NSSF") will and hereby does move the Court for a preliminary injunction.

NSSF respectfully requests a preliminary injunction enjoining the enforcement of AB 1594 and Code Civ. Proc. §1021.11 against NSSF, NSSF's members, and—with respect to §1021.11—NSSF's attorneys or any law firm representing NSSF.  For the reasons laid out in the attached memorandum in support of this motion, AB 1594 and §1021.11 are both unconstitutional and preempted.  Swift injunctive relief is necessary to prevent irreparable injuries—the loss of constitutional and federal rights implicated by those unlawful provisions—and the balance of equities and public interest favors preventing the violation of the constitutional rights of NSSF and its members.

NSSF further requests that this Court consolidate the preliminary injunction hearing with the trial on the merits under Fed. R. Civ. P. 65(a)(2) and issue a permanent injunction order that declares AB 1594 and §1021.11 unconstitutional and prevents enforcement of §1021.11 or AB 1594.

The motion shall be based on this notice of motion and motion, the memorandum of points and authorities in support, the declarations and evidence filed concurrently herewith, and upon any further matters the Court deems appropriate.

Respectfully submitted,

s/Matthew D. Rowen
PAUL D. CLEMENT*
ERIN E. MURPHY*
MATTHEW D. ROWEN
  (Cal. Bar # 292292)
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
matthew.rowen@clementmurphy.com

* admitted *pro hac vice*

June 13, 2023                    Attorneys for Plaintiff