**Clement & Murphy**
PLLC

July 26, 2023

**Via CM/ECF**

The Chambers of the Hon. Andrew G. Schopler
United States District Court for the Southern District of California
Edward J. Schwartz United States Courthouse
221 West Broadway
Suite 5160
San Diego, CA 92101

      Re:    *National Shooting Sports Foundation v. Bonta*, No. 3:23-cv-00945

To the Chambers of the Hon. Andrew G. Schopler:

      After conferring with counsel for Defendant and the Court, Plaintiff noticed its motion for preliminary injunction (the "Motion") for a hearing on Friday, August 11, at 3:30 p.m., in Courtroom 5C. *See* Dkt.13. As of the date of this filing, however, the docket in the above-captioned case does not indicate if argument on the Motion has been so scheduled. Plaintiff respectfully submits this letter seeking confirmation that argument on the Motion has been so scheduled and clarification as to whether the hearing will be in person in Courtroom 5C or if it instead will be held virtually.[1]

      Respectfully submitted,

      s/ Matthew D. Rowen
      PAUL D. CLEMENT[*]
      ERIN E. MURPHY[*]
      MATTHEW D. ROWEN (CAL. BAR # 292292)
      CLEMENT & MURPHY PLLC
      706 Duke Street
      Alexandria, VA 22314
      (202) 742-8900
      matthew.rowen@clementmurphy.com
      [*] admitted *pro hac vice*

      Counsel for Plaintiff

cc: All counsel of record, via CM/ECF

---

[1] Counsel for Plaintiff conferred with counsel for Defendant with regard to this issue. Counsel for Defendant indicated that Defendant does not oppose this submission.