AMY K. VAN ZANT (SBN 197426)
avanzant@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

AMANDA H. SCHWARTZ (SBN 349625)
aschwartz@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

THOMAS M. BONDY (SBN 121785)
tbondy@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street NW
Washington, DC 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

MELANIE R. HALLUMS (WV SBN 13781)
mhallums@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2121 Main Street
Wheeling, WV 26003
Telephone: (304) 231-2500
Facsimile: (304) 231-2801

*Attorneys for Amici Curiae Brady Center to Prevent Gun Violence and Everytown for Gun Safety Support Fund*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION, <br><br> *Plaintiff* <br><br> vs. <br><br> ROB BONTA, Attorney General of California <br><br> *Defendant*. | Case No. 3:23-cv-00945-AGS-KSC <br><br> **MOTION FOR LEAVE AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF REQUEST FOR LEAVE TO FILE AMICUS BRIEF OF THE BRADY CENTER TO PREVENT GUN VIOLENCE AND EVERYTOWN FOR GUN SAFETY SUPPORT FUND** <br><br> Date: August 11, 2023 <br> Time: 3:30 p.m. <br> Courtroom: 5C <br> Judge: Hon. Andrew G. Schopler |

## STATEMENT OF INTEREST

Amici Everytown for Gun Safety Support Fund ("Everytown") and Brady Center to Prevent Gun Violence ("Brady") (together, "Amici") are national gun violence prevention organizations that have decades of experience researching the causes of and contributors to gun violence, including the role the gun industry can play in reducing such violence and in minimizing the diversion of firearms into the criminal market. Everytown and Brady are well-positioned to assist the Court in understanding how the gun industry can help enhance public safety. Everytown and Brady have extensive experience litigating cases involving the gun industry, including cases involving the Protection of Lawful Commerce in Arms Act.

*See, e.g.*, *City of Gary v. Smith & Wesson Corp.*, 126 N.E.3d 813 (Ind. Ct. App. 2019) (Brady serving as plaintiff's counsel in case involving interpretation of PLCAA); *Williams v. Beemiller, Inc.*, 100 A.D.3d 143 (N.Y. App. Div. 2012), *amended by* 103 A.D.3d 1191 (N.Y. App. Div. 2013) (same); *In re LuckyGunner, LLC*, No. 14-21-00194-CV, 2021 WL 1904703 (Tex. App. May 12, 2021) (Everytown serving as plaintiff's counsel in case involving interpretation of PLCAA), *further mandamus review denied*, No. 21-0463 (Tex. Feb. 18, 2022); *Tretta v. Osman*, No. 20STCV48910, 2021 WL 9273931 (Cal. Super. Ct. June 28, 2021) (same).

In addition, Everytown and Brady have jointly filed numerous amicus briefs in cases, like this one, involving challenges to regulation of firearm industry conduct. *NSSF v. James*, No. 22-1374, Dkt. 112 (2d Cir. Jan. 13, 2023); *NSSF v. Attorney General of New Jersey*, No. 23-1214, Dkt. 38 (3d Cir. Apr. 7, 2023); *NSSF v. Ferguson*, No. 23-cv-113, Dkt. 53 (E.D. Wa. Jun. 8, 2023).

## STANDARD

This Court has "broad discretion" over the participation of amici curiae. *Strike 3 Holdings, LLC v. Doe*, No. 20cv67-LAB-LL, 2020 U.S. Dist. LEXIS 103438, at *2 (S.D. Cal. June 12, 2020) (quoting *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir.

1982)). Courts favor amici who "assist[] in a case of general public interest, supplement[] the efforts of counsel, and draw[] the court's attention to law that escaped consideration." *Id.* at *1-2 (quoting *Miller-Wohl Co. v. Comm'r of Labor & Indus.*, 694 F.2d 203, 204 (9th Cir. 1982)). These considerations weigh in favor of Amici's participation here. Both sides have consented to the requested amicus participation in this case.

## ARGUMENT

Plaintiff National Shooting Sports Foundation ("NSSF") brings a facial challenge to Assembly Bill 1594, 2022 Cal. Laws ch. 98 ("AB 1594" or "the Statute"), codified at Cal. Civ. Code § 3273.50-55. AB 1594 subjects gun industry actors to civil liability for irresponsible sales and marketing practices. Consistent with the aims of AB 1594, Everytown and Brady have long researched and advocated for reduced gun violence and will bring their informed perspectives to this case. No matter how this Court rules, its decision will affect firearms regulations and gun industry practices and, by extension, Amici's advocacy and research.

Although neither the Federal Rules of Civil Procedure nor the Local Rules provide procedures for filing an amicus curiae brief, courts in this District have regularly authorized amicus briefs. *See, e.g.*, *San Diego Navy Broadway Complex Coal. v. U.S. Dep't of Def.*, 904 F. Supp. 2d 1056 (S.D. Cal. 2012) (Manchester Pacific Gateway, Save Our Waterfront, and Downtown Homeowners as amici); *Thalheimer v. City of San Diego*, 706 F. Supp. 2d 1065 (S.D. Cal. 2010) (political action committees and individuals as amici). The requested amicus participation is warranted in this case.

Amici's counsel contacted counsel for Plaintiff and counsel for Defendant to request consent to file an amicus brief in this case. Both parties have consented.

## CONCLUSION

For the foregoing reasons, Brady and Everytown respectfully request leave to file the accompanying amicus brief.

Dated: July 28, 2023                    Respectfully submitted,

                                                  By:   */s/ Amy K. Van Zant*

AMY K. VAN ZANT (SBN 197426)
avanzant@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:  (650) 614-7400
Facsimile:  (650) 614-7401

AMANDA H. SCHWARTZ (SBN 349625)
aschwartz@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone:  (415) 773-5700
Facsimile:  (415) 773-5759

THOMAS M. BONDY (SBN 121785)
tbondy@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
1152 15th Street NW
Washington, DC 20005
Telephone:  (202) 339-8400
Facsimile:  (202) 339-8500

MELANIE R. HALLUMS (WV SBN 13781)
mhallums@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
2121 Main Street
Wheeling, WV 26003
Telephone:  (304) 231-2500
Facsimile:  (304) 231-2801

*Counsel for Amici Curiae Brady Center to Prevent
Gun Violence and Everytown for Gun Safety Support Fund*

3                    MOTION FOR LEAVE TO FILE AMICUS BRIEF
                                        No. 3:23-CV-00945-AGS-KSC

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of July, 2023, I electronically filed the foregoing with the Court using the CM/ECF system, and thereby delivered the foregoing by electronic means to all counsel of record.

By: */s/ Amy K. Van Zant*
AMY K. VAN ZANT