1  PAUL D. CLEMENT*
2  ERIN E. MURPHY*
   MATTHEW D. ROWEN (Cal. Bar # 292292)
3  CLEMENT & MURPHY, PLLC
   706 Duke Street
4  Alexandria, VA 22314
5  (202) 742-8900
   matthew.rowen@clementmurphy.com
6
7  *admitted *pro hac vice*

   *Attorneys for Plaintiff*
8

9             UNITED STATES DISTRICT COURT
10        FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| National Shooting Sports Foundation, | Case No. 3:23-cv-00945-AGS-KSC |
|---|---|
| *Plaintiff*, | |
| v. | **PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY BRIEF IN EXCESS OF TEN PAGES** |
| Rob Bonta, Attorney General of California, | Judge: Hon. Andrew G. Schopler |
| *Defendant*. | Action Filed: 5/23/2023 |

In light of the multiple amicus briefs and the large number of issues in this case, Plaintiff respectfully requests an additional five (5) pages for its reply in support of its motion for preliminary injunction, so that Plaintiff may file a reply brief of fifteen (15) total pages.

Under Local Rule 7.1(h), Plaintiff must obtain leave of the Court to file a reply memorandum longer than ten (10) pages. *See Siegler v. Sorrento Therapeutics, Inc.*, 2019 WL 4261054, at *2 (S.D. Cal. Sept. 9, 2019) (noting that "a court may permit lengthier briefing at its discretion" and that doing so "is appropriate where the movant adequately explains the need for additional pages"); *see also Traylor Bros. v. San Diego Unified Port Dist.*, 2012 WL 1019966, at *2 (S.D. Cal. Mar. 26, 2012) ("Given the district court's inherent power to control their dockets, whether to grant leave to exceed the page limits set forth in the Civil Local Rules appears to be at the full discretion of the Court." (citing *United States v. W.R. Grace*, 526 F.3d 499, 509 (9th Cir. 2008) (en banc))). To effectively address the arguments raised in the opposition briefing and to properly present the issues for this Court's decision, Plaintiff seeks leave to file a reply memorandum in excess of the 10-page default set by Local Rule 7.1(h). Between the amicus briefs and the Defendant's response brief, Plaintiff's reply will engage with approximately sixty pages of total briefing. The issues here are complex, and some of them are novel. Those circumstances provide ample reason for the Court to exercise its discretion to grant leave for a modest five-page extension on Plaintiff's reply brief. *See, e.g.*, *Fleming v. Coverstone*, 2009 WL 764887, at *2 (S.D. Cal. Mar. 18, 2009) (granting leave for overlength reply).

Counsel for the Defendant has been contacted concerning the requested relief and has indicated that the Defendant is not opposed to the requested relief.

Plaintiff respectfully requests that the Court grant leave to file a reply memorandum of fifteen (15) pages.

Respectfully submitted,

s/Matthew D. Rowen
PAUL D. CLEMENT*
ERIN E. MURPHY*
MATTHEW D. ROWEN (Cal. Bar #292292)
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
matthew.rowen@clementmurphy.com

* admitted *pro hac vice*

*Attorneys for Plaintiff*

Dated: August 1, 2023