ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
CHRISTINA R.B. LÓPEZ
S. CLINTON WOODS
Deputy Attorneys General
State Bar No. 246054
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3807
 Fax:  (415) 703-5480
 E-mail:  Clint.Woods@doj.ca.gov
*Attorneys for Defendant Attorney General
Rob Bonta*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATIONAL SHOOTING SPORTS FOUNDATION,**<br><br>Plaintiff,<br><br>v.<br><br>**ROB BONTA, ATTORNEY GENERAL OF CALIFORNIA,**<br><br>Defendant. | 3:23-cv-00945-AGS-KSC<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Judge:  The Honorable Andrew G. Schopler<br>Trial Date:<br>Action Filed:  May 23, 2023 |

1  Plaintiff and Defendant respectfully submit this Joint Motion in accordance with Local Civil Rule 7.2 to allow for an extension of time for Defendant to file a response to Plaintiff's Complaint. Dkt. No. 1.

WHEREAS Plaintiff National Shooting Sports Federation filed its Complaint on May 23, 2023, and;

WHEREAS Defendant Rob Bonta, in his official capacity as Attorney General, was served on May 24, 2023, and;

WHEREAS Plaintiff filed a motion for preliminary injunctive relief on June 13, 2023, and;

WHEREAS the deadline for Defendant Rob Bonta's response to Plaintiff's Complaint is currently August 21, 2023 per the Court's order (Dkt. No. 17), and;

WHEREAS Plaintiff's motion for preliminary injunctive relief will be heard on August 31, 2023;

WHEREAS the parties agree that it is not necessary for Defendant to respond to the Complaint during the pendency of preliminary injunctive relief proceedings;

NOW THEREFORE, the parties stipulate and jointly move to extend the deadline for Defendant's response to the Complaint until September 11, 2023.

| | | |
|---|---|---|
| 1 | Dated: August 11, 2023 | Respectfully submitted, |
| 2 | | ROB BONTA |
| | | Attorney General of California |
| 3 | | R. MATTHEW WISE |
| | | Supervising Deputy Attorney General |
| 4 | | CHRISTINA R.B. LÓPEZ |
| | | Deputy Attorney General |
| 5 | | |
| 6 | | |
| 7 | | */s/ S. Clinton Woods* |
| | | S. CLINTON WOODS |
| | | Deputy Attorney General |
| 8 | | *Attorneys for Defendant Attorney General Rob Bonta* |
| 9 | | |
| 10 | Dated: August 11, 2023 | CLEMENT & MURPHY, PLLC |

Dated: August 11, 2023       */s/ Matthew D. Rowen*
MATTHEW D. ROWEN
PAUL D. CLEMENT
ERIN E. MURPHY
*Attorneys for Plaintiff National Shooting Sports Foundation*

I, S. Clinton Woods, hereby attest that all other signatories listed above concur in this filing's content and have authorized me to make this filing.

Dated: August 11, 2023       */s/ S. Clinton Woods*
S. Clinton Woods

# CERTIFICATE OF SERVICE

Case Name: **National Shooting Sports Foundation v. Rob Bonta**     No.     **3:23-cv-00945-AGS-KSC**

I hereby certify that on August 11, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on August 11, 2023, at San Francisco, California.

K. Figueroa-Lee
Declarant

Signature

SA2023302822
43835930.docx