UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION,<br><br>                  Plaintiff,<br><br>v.<br><br>Rob BONTA,<br><br>                  Defendant. | Case No.: 23-cv-0945-AGS-KSC<br><br>**ORDER SETTING ADDITIONAL BRIEFING TOPICS FOR MOTION FOR PRELIMINARY INJUNCTION (ECF 14)** |

      In light of the oral argument on plaintiff's preliminary-injunction motion and in preparation for the second hearing (*see* ECF 36), the parties must each submit an additional brief on the following topics, totaling no more than 10 pages per side, by September 21, 2023:

1. Whether the *Salerno* no-set-of-circumstances standard governs plaintiff's pre-enforcement facial challenges to AB 1594 under any or all of plaintiff's theories, including the Second, First, and Fourteenth Amendments, the dormant Commerce Clause, and preemption.
2. Whether the Protection of Lawful Commerce in Arms Act can be used offensively in a pre-enforcement facial challenge to preempt a state or federal statute.
3. If a preliminary injunction were granted, the appropriate scope of such injunction, considering each ground for relief in isolation.

Dated: September 1, 2023

                                                          Andrew G. Schopler
                                                          United States District Judge