Rob Bonta
Attorney General of California
R. Matthew Wise
Supervising Deputy Attorney General
Christina R.B. López
S. Clinton Woods
Deputy Attorneys General
State Bar No. 246054
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3807
  Fax:  (415) 703-5480
  E-mail:  Clint.Woods@doj.ca.gov
*Attorneys for Defendant Attorney General Rob Bonta*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATIONAL SHOOTING SPORTS FOUNDATION,**<br><br>Plaintiff,<br><br>v.<br><br>**ROB BONTA, ATTORNEY GENERAL OF CALIFORNIA,**<br><br>Defendant. | Case No. 3:23-cv-00945-AGS-KSC<br><br>**DEFENDANT'S NOTICE OF MOTION AND FED R. CIV. P. 59(e) MOTION TO AMEND PRELIMINARY INJUNCTION**<br><br>Date:     May 3, 2024<br>Time:    2:00 pm<br>Dept:    5C<br>Judge:   Hon. Andrew G. Schopler<br>Action Filed: May 23, 2023 |

TO THE HONORABLE COURT AND COUNSEL FOR ALL PARTIES:

PLEASE TAKE NOTICE THAT on May 3, 2024, at 2:00 p.m. at the United States District Court, Southern District of California, Edward J. Schwartz Courthouse, 221 West Broadway, San Diego CA 92101, Courtroom 5C, Defendant Attorney General Rob Bonta will and hereby does move to amend the preliminary injunction entered by the Court's Order Granting In Part Plaintiff's Preliminary Injunction Motion.  ECF No. 48 (Order).

Defendant's motion is made pursuant to Federal Rule of Civil Procedure 59(e), which allows a district court to "alter or amend a judgment" and applies to motions seeking reconsideration of preliminary injunction orders. *Credit Suisse First Boston Corp. v. Grunwald*, 400 F.3d 1119, 1123-24 (9th Cir. 2005).  The motion is brought on the ground that the Order improperly enjoins all applications of California Civil Code section 3273.51(c) under the dormant Commerce Clause, even those applications that lawfully regulate purely in-state conduct.

The motion is based on this Notice of Motion and Motion to Amend the Injunction; the accompanying Memorandum of Points and Authorities; all pleadings and papers on file in this action; and such additional matters that may be presented to and accepted by the Court at the time of the hearing.  This motion is also made following the March 15, 2024 videoconference of counsel in satisfaction of the Court's meet-and-confer requirement.

| | | |
|---|---|---|
| 1 | Dated: March 20, 2024 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | R. MATTHEW WISE<br>Supervising Deputy Attorney General |
| 4 | | CHRISTINA R.B. LÓPEZ<br>Deputy Attorney General |

/s/ S. Clinton Woods
S. CLINTON WOODS
Deputy Attorney General
*Attorneys for Defendant Attorney General Rob Bonta*

SA2023302822

# CERTIFICATE OF SERVICE

Case Name: *National Shooting Sports Foundation v. Rob Bonta*   Case No. **3:23-cv-00945-AGS-KSC**

I hereby certify that on March 20, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. **DEFENDANT'S NOTICE OF MOTION AND FED R. CIV. P. 59(e) MOTION TO AMEND PRELIMINARY INJUNCTION**

2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S FED R. CIV. P. 59(e) MOTION TO AMEND PRELIMINARY INJUNCTION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on March 20, 2024, at San Francisco, California.

M. Mendiola
Declarant

*/s/ M. Mendiola*
Signature

SA2023302822