ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
CHRISTINA R.B. LOPEZ
S. CLINTON WOODS
Deputy Attorneys General
State Bar No. 246054
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3807
  Fax:  (415) 703-5480
  E-mail:  Clint.Woods@doj.ca.gov
*Attorneys for Defendant Attorney General Rob Bonta*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATIONAL SHOOTING SPORTS FOUNDATION,**<br><br>                      Plaintiff,<br><br>**v.**<br><br>**ROB BONTA, ATTORNEY GENERAL OF CALIFORNIA,**<br><br>                      Defendant. | 3:23-cv-00945-AGS-KSC<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Judge:     The Honorable Andrew G. Schopler<br>Action Filed:     May 23, 2023 |

|  |  |
|---|---|
| 1 | Plaintiff and Defendant respectfully submit this Joint Motion in accordance |
| 2 | with Local Civil Rule 7.2 to allow for an extension of time for Defendant to file a |
| 3 | response to Plaintiff's Complaint.  Dkt. No. 1. |
| 4 | WHEREAS Plaintiff National Shooting Sports Foundation filed its Complaint |
| 5 | on May 23, 2023, and; |
| 6 | WHEREAS Defendant Rob Bonta, in his official capacity as Attorney |
| 7 | General, was served on May 24, 2023, and; |
| 8 | WHEREAS Plaintiff filed a motion for preliminary injunctive relief on June |
| 9 | 13, 2023, and; |
| 10 | WHEREAS on February 21, 2024, the Court ruled on Plaintiff's motion for |
| 11 | preliminary injunctive relief, *see* Dkt. No. 48, and; |
| 12 | WHEREAS the Court's order granting in part and denying in part Plaintiff's |
| 13 | motion for preliminary injunctive relief also dismissed certain of Plaintiff's claims |
| 14 | and granted leave for Plaintiff to file an amended complaint as to those claims by |
| 15 | March 13, 2024, and for Defendant to respond to any amended complaint by March |
| 16 | 27, 2024, and; |
| 17 | WHEREAS Plaintiff elected not to file an amended complaint, and; |
| 18 | WHEREAS on March 20, 2024, Defendant filed a motion to amend the |
| 19 | preliminary injunction pursuant to Federal Rule of Civil Procedure 59(e) with a |
| 20 | hearing date currently set for May 3, 2024, and; |
| 21 | WHEREAS the parties agree that it is not necessary for Defendant to respond |
| 22 | to the Complaint during the pendency of Defendant's motion to amend the |
| 23 | injunction; |
| 24 | NOW THEREFORE, the parties stipulate and jointly move to extend the |
| 25 | deadline for Defendant's response to the Complaint until twenty-one days after the |
| 26 | Court issues its ruling on Defendant's Rule 59(e) motion to amend the preliminary |
| 27 | injunction. |
| 28 |  |

| | | |
|---|---|---|
| 1 | Dated: March 25, 2024 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | R. MATTHEW WISE<br>Supervising Deputy Attorney General |
| 4 | | CHRISTINA R.B. LÓPEZ<br>Deputy Attorney General |
| 5 | | |
| 6 | | |
| 7 | | */s/ S. Clinton Woods*<br>S. CLINTON WOODS<br>Deputy Attorney General |
| 8 | | *Attorneys for Defendant Attorney General Rob Bonta* |
| 9 | Dated: March 25, 2024 | CLEMENT & MURPHY, PLLC |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | */s/ Matthew D. Rowen*<br>MATTHEW D. ROWEN<br>PAUL D. CLEMENT |
| 14 | | ERIN E. MURPHY |
| 15 | | *Attorneys for Plaintiff National Shooting Sports Foundation* |

18  I, S. Clinton Woods, hereby attest that all other signatories listed above concur

19  in this filing's content and have authorized me to make this filing.

23  Dated: March 25, 2024                */s/ S. Clinton Woods*
                                          S. Clinton Woods

# CERTIFICATE OF SERVICE

Case Name:  *National Shooting Sports Foundation v. Rob Bonta*     Case No.   **3:23-cv-00945-AGS-KSC**

I hereby certify that on <u>March 25, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>March 25, 2024</u>, at San Francisco, California.

M. Mendiola
Declarant

*/s/ M. Mendiola*
Signature

SA2023302822