UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION,<br><br>                                Plaintiff,<br><br>v.<br><br>ROB BONTA, ATTORNEY GENERAL OF CALIFORNIA,<br><br>                                Defendant. | Case No.:  23-cv-00945-AGS-KSC<br><br>**ORDER VACATING EARLY NEUTRAL EVALUATION CONFERENCE;**<br><br>**CAUTIONING PARTIES RE: COMPLIANCE WITH COURT ORDERS;**<br><br>**RESETTING RULE 26(A)(1) COMPLIANCE DEADLINE; AND**<br><br>**DIRECTING PARTIES TO FILE AMENDMENT TO JOINT DISCOVERY PLAN** |

Upon review of plaintiff's confidential Early Neutral Evaluation Conference ("ENE") brief and the parties' Joint Discovery Plan, the Court finds good cause to vacate the May 21, 2025 ENE. **The Case Management Conference ("CMC") will proceed with counsel on May 21, 2025, as scheduled**. Party representatives are excused from

participation. To participate in the CMC, counsel must dial 1-669-254-5252 and enter Meeting ID 161 634 0675. Participants will remain on hold until prompted to enter the passcode, which is 953664, when the Court activates the call.

On April 25, 2025, the Court ordered "each party shall lodge a Confidential ENE Statement," "email[] participant information," and "make the disclosures required by Federal Rule of Civil Procedure 26(a)(1)(A-D) on or before **May 14, 2025**." Doc. No. 62 at 2–3 ("ENE Order"). Although no party has been excused from complying with the ENE Order, defendant has not lodged an ENE brief or provided participant information, and the parties report they have "agree[d] to exchange initial disclosures within 30 days following . . . May 21." Doc. No. 63.

Counsel and the parties are reminded the Court expects compliance with orders. *See e.g.* Civ. LR 7.2.a ("stipulations must be recognized as binding on the Court only when approved by the judge"); *Mag. J. Karen S. Crawford Civ. Chambers R*. VI. (S.D. Cal., Mar. 26, 2025) ("[R]equests . . . to amend [a] deadline must be made by Joint Motion," at least 7 days prior to the event and after counsel meet and confer. "The filing of a Joint Motion for Continuance does NOT permit the parties to disregard the current dates and deadlines. Unless and until the Court grants the Joint Motion, the parties must continue to comply with all dates and deadlines set forth in the Scheduling Order.") As a one-time accommodation, The Court extends the deadline to exchange Rule 26(a)(1) initial disclosures to **June 20, 2025**. **Any future failure to comply with the Court's orders may result in the imposition of sanctions.**

The parties also report they "are contemplating a process and schedule for the filing of motions or cross-motions for summary judgment [and] . . . will be prepared to discuss"

//
//
//
//

during the CMC. On or before **May 19, 2025**, the parties must jointly file an Amendment to their Joint Discovery Plan setting forth their proposed "process and schedule."

**IT IS SO ORDERED.**

Dated:  May 15, 2025

Hon. Karen S. Crawford
United States Magistrate Judge