| | |
|---|---|
| PAUL D. CLEMENT *<br>ERIN E. MURPHY *<br>MATTHEW D. ROWEN<br>(Cal. Bar # 292292)<br>NICHOLAS A. AQUART*<br>CLEMENT & MURPHY, PLLC<br>706 Duke Street<br>Alexandria, VA 22314<br>(202) 742-8900<br>matthew.rowen@clementmurphy.com<br><br>ANDREW LOTHSON*<br>SWANSON, MARTIN & BELL, LLP<br>330 N. Wabash<br>Suite 3300<br>Chicago, IL 60611<br>alothson@smbtrials.com<br><br>* admitted *pro hac vice*<br><br>*Attorneys for Plaintiff National Shooting Sports Foundation* | ROB BONTA<br>Attorney General of California<br>ANNA FERRARI<br>Supervising Deputy Attorney General<br>S. CLINTON WOODS (SBN 246054)<br>Deputy Attorney General<br>455 Golden Gate Avenue<br>Suite 11000<br>San Francisco, CA 94102<br>415-510-3807<br>clint.woods@doj.ca.gov<br><br>*Attorneys for Defendant Attorney General Rob Bonta* |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>ROB BONTA, Attorney General of California<br><br>Defendant. | CASE NO.: 3:23-cv-00945-AGS-KSC<br><br>**JOINT STIPULATION TO DISMISS CERTAIN CLAIMS**<br><br>BEFORE THE HONORABLE ANDREW G. SCHOPLER<br><br>MAGISTRATE KAREN S. CRAWFORD |

**JOINT STIPULATION TO DISMISS CERTAIN CLAIMS**

Pursuant to the Court's instruction during the May 21, 2025, proceedings, *see* Dkt.69, and Federal Rule of Civil Procedure 15(a)(2), *see Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 688 (9th Cir. 2005), Plaintiff National Shooting Sports Foundation ("NSSF") hereby stipulates, with the consent of Defendant Rob

Bonta, Attorney General of California, to dismiss without prejudice all claims other than its Commerce Clause challenge to California Civil Code §3273.51(c). Unless this Court orders otherwise, NSSF intends to file an Amended Complaint reflecting this joint stipulation by or before June 13, 2025.

May 30, 2025,

Respectfully submitted,

s/Matthew D. Rowen

ANDREW LOTHSON*
SWANSON, MARTIN & BELL, LLP
330 N. Wabash
Suite 3300
Chicago, IL 60611
alothson@smbtrials.com

PAUL D. CLEMENT *
ERIN E. MURPHY *
MATTHEW D. ROWEN
(Cal. Bar # 292292)
NICHOLAS A. AQUART*
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
matthew.rowen@clementmurphy.com

* admitted *pro hac vice*

*Attorneys for Plaintiff National Shooting Sports Foundation*

s/S. Clinton Woods
ROB BONTA
Attorney General of California
ANNA FERRARI
Supervising Deputy Attorney General
S. CLINTON WOODS (SBN 246054)
Deputy Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102
415-510-3807
clint.woods@doj.ca.gov

*Attorneys for Defendant Attorney General Rob Bonta*

2