ROB BONTA
Attorney General of California
ANNA FERRARI
Supervising Deputy Attorney General
S. CLINTON WOODS
RYAN D. EASON
Deputy Attorneys General
State Bar No. 342757
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6505
  Fax:  (916) 731-2124
  E-mail:  Ryan.Eason@doj.ca.gov
*Attorneys for Defendant Attorney General Rob Bonta*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATIONAL SHOOTING SPORTS FOUNDATION,**<br><br>Plaintiff,<br><br>v.<br><br>**ROB BONTA, ATTORNEY GENERAL OF CALIFORNIA,**<br><br>Defendant. | 3:23-cv-00945-AGS-KSC<br><br>**NOTICE OF APPEARANCE**<br><br>Judge:   The Honorable Andrew G. Schopler<br><br>Action Filed:   May 23, 2023 |

    Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, hereby files this Notice of Appearance to inform the Court of additional assigned counsel for Defendant as follows:

    Ryan D. Eason, Deputy Attorney General
    300 South Spring Street, Suite 1702
    Los Angeles, CA  90013-1230
    Telephone:  (213) 269-6505
    E-mail:  Ryan.Eason@doj.ca.gov

Dated: January 15, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
ANNA FERRARI
Supervising Deputy Attorney General

/s/ *Ryan D. Eason*
RYAN D. EASON
Deputy Attorney General
*Attorneys for Defendant Attorney General Rob Bonta*

# CERTIFICATE OF SERVICE

Case Name: ***National Shooting Sports Foundation v. Rob Bonta***   Case No. **3:23-cv-00945-AGS-KSC**

I hereby certify that on <u>January 15, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **NOTICE OF APPEARANCE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>January 15, 2026</u>, at San Francisco, California.

| M. Mendiola | *M. Mendiola* |
|---|---|
| Declarant | Signature |

SA2023302822